UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA DYER,

       Plaintiff,

v.

KARRI OSTERHOUT, MICHAEL
MARTIN, RADWAN MARDINI,
MILLICENT WARREN, ANTHONY
STEWART, ANNETTE TELLAS,
LATASHA BOA, STANLEY BRAGG,
and LARRY SAUNDERS,

       Defendants.

Case Number 15-12867
Honorable David M. Lawson

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION FOR SUMMARY JUDGMENT

Presently before the Court is the report issued on November 29, 2018 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b), recommending that the Court deny the defendants' second motion for summary judgment. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation (ECF No. 107) is **ADOPTED**.

It is further **ORDERED** that the defendants' motion for summary judgment (ECF No. 92) is **DENIED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date: December 18, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 18, 2018.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI

---